**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARL B NICHOLAS,

        Plaintiff,

  v.

EDMUND G BROWN,

        Defendant.

_____/

No. C 10-04093 CRB

**ORDER DECLINING TO RELATE CASES**

    The Court is in receipt of an Administrative Motion to Consider Whether Cases Should be Related, asking the Court to relate this case to Nicholas v. California Department of Social Services, Case No. cv 10-4569 RS.  That case has been dismissed for lack of subject matter jurisdiction, and was terminated.  See dckt. no. 27.  Accordingly, this Court declines to relate the two cases.

    **IT IS SO ORDERED.**

Dated: March 15, 2011

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4093\order re relating.wpd