United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL B. NICHOLAS,<br><br>    Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN,<br><br>    Defendant._____/ | No. C 10-04093 CRB<br><br>**ORDER TO SHOW CAUSE** |

Now pending is a Motion to Dismiss filed by Defendant Kamala D. Harris. See dckt. no. 32. The hearing on that Motion is set for Friday, April 8, 2011. Plaintiff's Opposition to that Motion was due on March 18, 2011. See Civil Local Rule 7-3 (opposition to be served "not less than 21 days before the hearing date"). Plaintiff has failed to file an Opposition, or to respond to correspondence from the Court. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE by **5:00 p.m. on Wednesday, March 30, 2011** why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Failure to timely respond to this Order could result in dismissal of Plaintiff's case.

**IT IS SO ORDERED.**

Dated: March 30, 2011

                                              CHARLES R. BREYER
                                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4093\osc.wpd