**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARL B. NICHOLAS,

      Plaintiff,

  v.

EDMUND G. BROWN,

      Defendant.

No. C 10-04093 CRB

**ORDER DISMISSING CASE**

Plaintiff failed to file an Opposition to a Motion to Dismiss on calendar for April 8, 2011. See dckt. no. 32; Civil Local Rule 7-3 (opposition to be served "not less than 21 days before the hearing date"). Plaintiff further failed to respond to this Court's Order to Show Cause, directing Plaintiff to inform the Court why his case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). See dckt. no. 50. Accordingly, this case is DISMISSED for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 31, 2011

        CHARLES  R. BREYER
        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4093\order dismissing.wpd