IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL B. NICHOLAS, | No. C 10-04093 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| EDMUND G. BROWN, | |
| Defendant. / | |

The Court, having dismissed the case against Defendant, hereby enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: April 7, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4093\judgment.wpd